# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE CHRISTINE M. ARGUELLO

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes | December 19, 2008 |
| Court Reporter: Darlene Martinez | |
| Probation Officers: Kurt Thoene | |

Criminal Action No. 07-cr-00172-CMA-12-24

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Michele Korver |
|     Plaintiff, | |
| v. | |
| 12. MOSES HARRIS, | Richard Sutckey |
|     Defendants. | |

## SENTENCING MINUTES

**9:45 a.m. Court in session.**

Defendant present on bond.

Change of Plea Hearing: August 31, 2007.

Defendant plead guilty to Count One, Fifty-Nine, Sixty, and Ninety-One of the Indictment, and confesses to Count One Hundred Two, the forfeiture count.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:** United States' 18 U.S.C. § 3553(e) and § 5L1.1 Motion for Downward Departure Based on Substantial Assistance **(1326)** is **granted**.

**ORDER:** United States' Motion for One Offense Level Decrease Pursuant to U.S.S.G. § 3E1.1(b)(2) Bases Upon Timely Notification of Intention to Enter Plea of Guilty **(1327)** is **granted**.

**The defendant sentenced as reflected in the record**.

The defendants are advised of their rights to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons within 15 days from the designation by the Bureau of Prisons.

**10:08 a.m.   Court in recess/hearing concluded.**

Total in-court time: 00:23